## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DONALD MONTGOMERY,            :

    Plaintiff,                  :

                                  :        Case No. 3:11cv00256

vs.                             :        District Judge Walter H. Rice

                                  :        Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Commissioner of the Social      :
Security Administration,

                                  :

    Defendant.               

                                  :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.     The Report and Recommendations docketed on June 21, 2016 (Doc. #22) is ADOPTED in full;

2.     Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #18) is GRANTED;

3.    The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b) in the amount of $8,375.00; and

4.    The case remains terminated on the Court's docket.


_____
Walter H. Rice
United States District Judge